ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, ESQ.
LEEVIN T. CAMACHO, ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
P.O. BOX X, HAGATNA, GUAM 96910
TELEPHONE: (671) 477-9730/33
TELECOPIER: (671) 477-9734

Attorneys for Plaintiff James L. Adkins

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAMES L. ADKINS, | CIVIL CASE NO. CV 09-00029 |
| Plaintiff, | |
| vs. | |
| ALICIA G. LIMTIACO, ATTORNEY GENERAL OF GUAM; OFFICE OF THE ATTORNEY GENERAL OF GUAM; PAUL SUBA, CHIEF OF GUAM POLICE DEPARTMENT; GUAM POLICE DEPARTMENT; D.B. ANCIANO; SERAFINO ARTUI; AND DOES I THROUGH X, | **SUMMONS** |
| Defendants. | |

ACKNOWLEDGED RECEIPT
Sign: [signature]
Print: Daniel Muna
Date: 2-DEC-09

TO THE ABOVE-NAMED DEFENDANT:

**Office of the Attorney General**
287 W. O'Brien Drive
Hagatna, Guam 96910

You are hereby summoned and required to serve upon **ANITA P. ARRIOLA, ESQ.**, Plaintiffs' attorney, whose address is:

ARRIOLA, COWAN & ARRIOLA
2ND FLOOR, SUITE 201, C&A PROFESSIONAL BLDG.
259 MARTYR STREET
HAGATNA, GUAM 96910

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons to you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Dated: DEC 0 3 2009

DISTRICT COURT OF GUAM

By: _____
Deputy CLERK OF COURT

ARRIOLA, COWAN & ARRIOLA, AGANA, GUAM 96910