ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, ESQ.
LEEVIN T. CAMACHO, ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
P.O. BOX X, HAGATNA, GUAM 96910
TELEPHONE: (671) 477-9730/33
TELECOPIER: (671) 477-9734

Attorneys for Plaintiff James L. Adkins

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAMES L. ADKINS,<br><br>                Plaintiff,<br><br>    vs.<br><br>ALICIA G. LIMTIACO, ATTORNEY GENERAL OF GUAM; OFFICE OF THE ATTORNEY GENERAL OF GUAM; PAUL SUBA, CHIEF OF GUAM POLICE DEPARTMENT; GUAM POLICE DEPARTMENT; D.B. ANCIANO; SERAFINO ARTUI; AND DOES I THROUGH X,<br><br>                Defendants. | CIVIL CASE NO. CV CV09-00029<br><br>SUMMONS<br><br>ACKNOWLEDGED RECEIPT<br>Sign: Arriola, Cowan & Arriola<br>Print: Anthony P. Arriola<br>Date: 09. Dec. 2009; 12:41 pm |

TO THE ABOVE-NAMED DEFENDANT:

**ALICIA G. LIMTIACO**
**Attorney General of Guam**
**Office of the Attorney General**
**287 W. O'Brien Drive**
**Hagatna, Guam 96910**

You are hereby summoned and required to serve upon **ANITA P. ARRIOLA, ESQ.**, Plaintiffs' attorney, whose address is:

ARRIOLA, COWAN & ARRIOLA
2ND FLOOR, SUITE 201, C&A PROFESSIONAL BLDG.
259 MARTYR STREET
HAGATNA, GUAM 96910

an answer to the First Amended Complaint which is herewith served upon you, within twenty

(20) days after service of this summons to you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Dated: DEC 09 2009 .

DISTRICT COURT OF GUAM

By: _____
Deputy CLERK OF COURT