ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, ESQ.
LEEVIN T. CAMACHO, ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
CALVO-ARRIOLA BLDG., HAGATNA, GUAM
P.O. BOX X, HAGATNA, GUAM 96932
TELEPHONE: (671) 477-9730/33
TELECOPIER: (671) 477-9734

Attorneys for Plaintiff James L. Adkins

FILED
DISTRICT COURT OF GUAM
DEC 30 2009
JEANNE G. QUINATA
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| JAMES L. ADKINS, | ) | CIVIL CASE NO. CV09-00029 |
| Plaintiff, | ) | |
| vs. | ) | |
| ALICIA G. LIMTIACO, ATTORNEY GENERAL OF GUAM; OFFICE OF THE ATTORNEY GENERAL OF GUAM; PAUL SUBA, CHIEF OF GUAM POLICE DEPARTMENT; GUAM POLICE DEPARTMENT; D.B. ANCIANO; SERAFINO ARTUI; AND DOES I THROUGH X, | ) | STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY BRIEFS |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel, that the time for filing opposition briefs and reply briefs concerning the Motion to Dismiss filed by Defendants Attorney General Alicia G. Limtiaco and the Joint Motion to Dismiss filed by Defendants Office of the Attorney General, Guam Police Department, Paul Suba, D.B. Anciano, and Serafino Artui (collectively "Motions to Dismiss") is hereby extended as follows:

1.      Plaintiff's opposition to the Motions to Dismiss shall be filed and served on Defendants on January 18, 2010; and

STIPULATION FOR EXTENSION OF TIME
TO FILE OPPOSITION AND REPLY BRIEFS
Civil Case No. CV09-00029

2. Defendants' reply briefs in support of their Motions to Dismiss shall be filed and served on Plaintiff on February 4, 2010.

Dated this 30th day of December, 2009.

**ARRIOLA, COWAN & ARRIOLA**
Attorneys for Plaintiff James L. Adkins

By: _____
ANITA P. ARRIOLA

**OFFICE OF THE ATTORNEY GENERAL**
Attorneys for Defendants Office of the Attorney General and Alicia G. Limtiaco

By: _____
J. PATRICK MASON

**JAMES T. MITCHELL**
Attorney for Defendants Guam Police Department, Paul R. Suba, D.B. Anciano, and Serafino Artui

By: _____
JAMES T. MITCHELL