ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, ESQ.
LEEVIN T. CAMACHO, ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
CALVO-ARRIOLA BLDG., HAGATNA, GUAM
P.O. BOX X, HAGATNA, GUAM 96932
TELEPHONE: (671) 477-9730/33
TELECOPIER: (671) 477-9734

Attorneys for Plaintiff James L. Adkins

FILED
DISTRICT COURT OF GUAM

DEC 30 2009

JEANNE G. QUINATA
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAMES L. ADKINS, <br><br> Plaintiff, <br><br> vs. <br><br> ALICIA G. LIMTIACO, ATTORNEY GENERAL OF GUAM; OFFICE OF THE ATTORNEY GENERAL OF GUAM; PAUL SUBA, CHIEF OF GUAM POLICE DEPARTMENT; GUAM POLICE DEPARTMENT; D.B. ANCIANO; SERAFINO ARTUI; AND DOES I THROUGH X, <br><br> Defendants. | CIVIL CASE NO. CV09-00029 <br><br> **PLAINTIFF JAMES L. ADKINS' REQUEST FOR ORAL ARGUMENT** |

Pursuant to Local Rule 7.1(e)(1), Plaintiff James L. Adkins hereby requests oral argument on the Motion to Dismiss filed by Defendant Attorney General Alicia G. Limtiaco and the Joint Motion to Dismiss filed by Defendants Office of the Attorney General, Guam Police Department, Paul Suba, D.B. Anciano, and Serafino Artui. Plaintiff has not filed an "Agreement of Hearing Date" under L.R. 7.1(e)(2) because when Plaintiff attempted to do so, undersigned counsel was informed by the civil clerk of the Court that the Court would not be setting any hearing dates.

Dated this 30th day of December, 2009.

ARRIOLA, COWAN & ARRIOLA
Attorneys for Plaintiff James L. Adkins

By: /s/ Anita P. Arriola
ANITA P. ARRIOLA