ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, ESQ.
LEEVIN T. CAMACHO, ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
CALVO-ARRIOLA BLDG., HAGATNA, GUAM
P.O. BOX X, HAGATNA, GUAM  96932
TELEPHONE:  (671) 477-9730/33
TELECOPIER: (671) 477-9734
Attorneys for Plaintiff James L. Adkins



**FILED**
DISTRICT COURT OF GUAM

DEC 30 2009

JEANNE G. QUINATA
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAMES L. ADKINS,<br><br>    Plaintiff,<br><br>vs.<br><br>ALICIA G. LIMTIACO, ATTORNEY GENERAL OF GUAM; OFFICE OF THE ATTORNEY GENERAL OF GUAM; PAUL SUBA, CHIEF OF GUAM POLICE DEPARTMENT; GUAM POLICE DEPARTMENT; D.B. ANCIANO; SERAFINO ARTUI; AND DOES I THROUGH X,<br><br>    Defendants. | CIVIL CASE NO. CV09-00029<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on December 30, 2009, I caused a copy of the following documents:

1. Stipulation for Extension of Time to File Opposition and Reply Briefs;

2. Plaintiff James L. Adkins' Request for Oral Argument

to be served upon the following by hand-delivering a copy thereof to:

**J. PATRICK MASON, ESQ.**
**Office of the Attorney General**
287 West O'Brien Drive
Hagatna, Guam

**JAMES T. MITCHELL, ESQ.**
**Guam Police Department**
Bldg. 233, Central Avenue
Tiyan, Guam

Dated at Hagåtña, Guam:  December 30, 2009.

ARRIOLA, COWAN & ARRIOLA
Counsel for Plaintiff James L. Adkins

By: _____
ANITA P. ARRIOLA