**ANITA P. ARRIOLA, ESQ.**
**JOAQUIN C. ARRIOLA, ESQ.**
**LEEVIN T. CAMACHO, ESQ.**
**ARRIOLA, COWAN & ARRIOLA**
259 MARTYR STREET, SUITE 201
CALVO-ARRIOLA BLDG., HAGATNA, GUAM
P.O. BOX X, HAGATNA, GUAM 96932
TELEPHONE: (671) 477-9730/33
TELECOPIER: (671) 477-9734

Attorneys for Plaintiff James L. Adkins

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAMES L. ADKINS, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ALICIA G. LIMTIACO, ATTORNEY GENERAL ) <br> OF GUAM; OFFICE OF THE ATTORNEY ) <br> GENERAL OF GUAM; PAUL SUBA, CHIEF OF ) <br> GUAM POLICE DEPARTMENT; GUAM POLICE ) <br> DEPARTMENT; D.B. ANCIANO; SERAFINO ) <br> ARTUI; AND DOES I THROUGH X, ) <br> ) <br> Defendants. ) <br> ) <br> ) | CIVIL CASE NO. CV09-00029 <br><br> **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY BRIEFS** |

Pursuant to the Stipulation for Extension of Time to File Opposition and Reply Briefs and Request for Oral Argument, and for good cause shown,

IT IS HEREBY ORDERED that the time for filing opposition briefs and reply briefs concerning the Motion to Dismiss filed by Defendants Attorney General Alicia G. Limtiaco and the Joint Motion to Dismiss filed by Defendants Office of the Attorney General, Guam Police Department, Paul Suba, D.B. Anciano, and Serafino Artui (collectively "Motions to Dismiss") is hereby extended as follows:

1. Plaintiff's opposition to the Motions to Dismiss shall be filed and served on Defendants on January 18, 2010; and

**Adkins vs. Alicia G. Limtiaco, et al.**
**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY BRIEFS**
**Civil Case No. CV09-00029**

2. Defendants' reply briefs in support of their Motions to Dismiss shall be filed and served on Plaintiff on February 4, 2010.

IT IS SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Jan 04, 2010**