# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAMES L. ADKINS,<br><br>  Plaintiff,<br><br>vs.<br><br>ALICIA G. LIMTIACO, ATTORNEY GENERAL OF GUAM; OFFICE OF THE ATTORNEY GENERAL OF GUAM; PAUL SUBA, CHIEF OF GUAM POLICE DEPARTMENT; GUAM POLICE DEPARTMENT; D.B. ANCIANO; SERAFINO ARTUI; AND DOES I THROUGH X,<br><br>  Defendants. | CIVIL CASE NO. CV09-00029<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY BRIEFS** |

Pursuant to the Stipulation for Extension of Time to File Opposition and Reply Briefs and Request for Oral Argument, and for good cause shown,

IT IS HEREBY ORDERED that the time for filing opposition briefs and reply briefs concerning the Motion to Dismiss filed by Defendants Serafino Artui and D.B. Anciano, the Motion to Dismiss filed by Defendant Paul Suba (collectively "Motions to Dismiss") and the Motion to Stay Discovery and Rule 16 Scheduling Order Timelines ("Motion to Stay Discovery") filed on behalf of all defendants is hereby extended as follows:

1. Plaintiff's opposition to the Motions to Dismiss and Motion to Stay Discovery shall be filed and served on Defendants on January 20, 2010; and

2. Defendants' reply briefs in support of their Motions to Dismiss and Motion to Stay Discovery shall be filed and served on Plaintiff on February 3, 2010.

IT IS SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
  Chief Judge
**Dated: Jan 11, 2010**

Page 1 of 1