ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, ESQ.
LEEVIN T. CAMACHO, ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
CALVO-ARRIOLA BLDG., HAGATNA, GUAM
P.O. BOX X, HAGATNA, GUAM 96932
TELEPHONE: (671) 477-9730/33
TELECOPIER: (671) 477-9734

Attorneys for Plaintiff James L. Adkins

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAMES L. ADKINS, | CIVIL CASE NO. CV09-00029 |
| Plaintiff, | |
| vs. | |
| ALICIA G. LIMTIACO, ATTORNEY GENERAL OF GUAM; OFFICE OF THE ATTORNEY GENERAL OF GUAM; PAUL SUBA, CHIEF OF GUAM POLICE DEPARTMENT; GUAM POLICE DEPARTMENT; D.B. ANCIANO; SERAFINO ARTUI; AND DOES I THROUGH X, | PLAINTIFF JAMES L. ADKINS' REQUEST FOR ORAL ARGUMENT ON ADDITIONAL MOTIONS FILED BY DEFENDANTS |
| Defendants. | |

Pursuant to Local Rule 7.1(e)(1), Plaintiff James L. Adkins hereby requests oral argument on the Motion to Dismiss filed by Defendant Paul Suba in his individual capacity; the Motion to Dismiss filed by Defendants D.B. Anciano, and Serafino Artui; and the Joint Motion to Stay Discovery and Rule 16 Scheduling Order Timelines. Plaintiff has not filed an "Agreement of Hearing Date" under L.R. 7.1(e)(2) because when Plaintiff attempted to do so, undersigned counsel was informed by the civil clerk of the Court that the Court would not be setting any hearing dates.

Dated this 25th day of January, 2010.

ARRIOLA, COWAN & ARRIOLA
Attorneys for Plaintiff James L. Adkins

By: *[signature]*
ANITA P. ARRIOLA

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2010, a true and correct copy of Plaintiff James L. Adkins' Request for Oral Argument on Additional Motions filed by Defendants was personally delivered to:

**J. PATRICK MASON, ESQ.**
Deputy Attorney General
Office of the Attorney General
287 West O'Brien Drive
Hagatna, Guam 96910

**JAMES T. MITCHELL, ESQ.**
Legal Counsel
Guam Police Department
Bldg. 233, Central Ave.
Tiyan, Guam 96913

Dated this 25th day of January, 2010.

_____
**ANITA P. ARRIOLA**