ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, ESQ.
LEEVIN T. CAMACHO, ESQ.
**ARRIOLA, COWAN & ARRIOLA**
259 MARTYR STREET, SUITE 201
CALVO-ARRIOLA BLDG., HAGATNA, GUAM
P.O. BOX X, HAGATNA, GUAM 96932
TELEPHONE: (671) 477-9730/33
TELECOPIER: (671) 477-9734

Attorneys for Plaintiff James L. Adkins

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAMES L. ADKINS,<br><br>    Plaintiff,<br><br>vs.<br><br>ALICIA G. LIMTIACO, ATTORNEY GENERAL OF GUAM; OFFICE OF THE ATTORNEY GENERAL OF GUAM; PAUL SUBA, CHIEF OF GUAM POLICE DEPARTMENT; GUAM POLICE DEPARTMENT; D.B. ANCIANO; SERAFINO ARTUI; AND DOES I THROUGH X,<br><br>    Defendants. | CIVIL CASE NO. CV09-00029<br><br>**PLAINTIFF JAMES L. ADKINS' NOTICE OF DISMISSAL OF ACTION AGAINST ALICIA G. LIMTIACO AND OFFICE OF THE ATTORNEY GENERAL OF GUAM WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff James L. Adkins hereby dismisses the above-captioned action against defendants Alicia G. Limtiaco, Attorney General of Guam, and Office of the Attorney General of Guam, without prejudice.

Dated this 4th day of February, 2010.

        ARRIOLA, COWAN & ARRIOLA
        Attorneys for Plaintiff James L. Adkins

        By: _/s/ Anita P. Arriola_
            **ANITA P. ARRIOLA**

Page 1 of 1

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February, 2010, a true and correct copy of Plaintiff James L. Adkins' Notice of Dismissal of Action against Alicia G. Limtiaco and Office of the Attorney General of Guam without Prejudice was personally delivered to:

**J. PATRICK MASON, ESQ.**
Deputy Attorney General
Office of the Attorney General
287 West O'Brien Drive
Hagatna, Guam 96910

**JAMES T. MITCHELL, ESQ.**
Legal Counsel
Guam Police Department
Bldg. 233, Central Ave.
Tiyan, Guam 96913

Dated this 4th day of February, 2010.

_____
ANITA P. ARRIOLA