# UNITED STATES DISTRICT COURT

DISTRICT OF       GUAM

**James L. Adkins**

V.

**Alicia G. Limtiaco,**
**Attorney General of Guam, et al.,**

**NOTICE**

CASE NUMBER: **CV-09-00029**

TYPE OF CASE:

    **X**   **CIVIL**      ☐ **CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

## Scheduling Conference

**X**   **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE:<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | DATE AND TIME<br>PREVIOUSLY<br>SCHEDULED:<br>March 3, 2010 at 10:00 a.m. | CONTINUED TO DATE<br>AND TIME:<br>Monday, March 8, 2010 at 9:30 a.m. |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

February 17, 2010        /s/ WALTER M. TENORIO
DATE                                       (BY) DEPUTY CLERK

TO:    Anita Perez Arriola
         J. Patrick Mason
         James T. Mitchell