# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAMES L. ADKINS,<br><br>Plaintiff,<br><br>vs.<br><br>ALICIA G. LIMTIACO, ATTORNEY GENERAL OF GUAM; OFFICE OF THE ATTORNEY GENERAL OF GUAM; PAUL SUBA, CHIEF OF GUAM POLICE, GUAM POLICE DEPARTMENT; D.B. ANCIANO; SERAFINO ARTUI; AND DOES I THROUGH X,<br><br>Defendants. | CIVIL CASE NO. 09-00029<br><br>**ORDER** |

The Defendant, Attorney General of Guam's Motion to Dismiss (Docket No. 27); Defendants' Joint Motion to Dismiss (Docket No. 28) Defendant, Chief of Guam Police Paul Suba's Motion to Dismiss (Docket No. 29) and Defendants, D.B. Anciano and Serafino Artui's Motion to Dismiss (Docket No. 30) are before the court.[1] Pursuant to 28 U.S.C. § 636(b)(1)(B), these motions are hereby referred to Magistrate Judge Joaquin V.E. Manibusan, Jr. to determine and to issue his report and recommendation to the court as to the appropriate disposition of each motion.

**SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Mar 02, 2010**

---

[1] On February 4, 2010, the Plaintiff filed a Notice of Dismissal of Action Against the Attorney General and the Office of the Attorney General of Guam pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. *See* Docket No. 50. Accordingly, the court should consider the Attorney General's motion (Docket No. 27) only to the extent the motion seeks relief for the remaining Defendants.