ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, ESQ.
LEEVIN T. CAMACHO, ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
CALVO-ARRIOLA BLDG., HAGATNA, GUAM
P.O. BOX X, HAGATNA, GUAM 96932
TELEPHONE: (671) 477-9730/33
TELECOPIER: (671) 477-9734

Attorneys for Plaintiff James L. Adkins

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAMES L. ADKINS, <br><br> Plaintiff, <br><br> vs. <br><br> ALICIA G. LIMTIACO, ATTORNEY GENERAL OF GUAM; OFFICE OF THE ATTORNEY GENERAL OF GUAM; PAUL SUBA, CHIEF OF GUAM POLICE DEPARTMENT; GUAM POLICE DEPARTMENT; D.B. ANCIANO; SERAFINO ARTUI; AND DOES I THROUGH X, <br><br> Defendants. | CIVIL CASE NO. CV09-00029 <br><br> DECLARATION <br> OF JEREMY YOUNG |

JEREMY YOUNG declares:

1. I am a resident of Guam and an employee at Docomo, a telecommunications company in Guam. I have worked at Docomo for two years and am currently a business service representative. In that position, my duties include servicing corporate customers. I have received various training from Docomo, including with respect to cell phones. I have personal knowledge of the facts contained herein.

2. On March 10, 2010 at approximately 2 p.m. a customer named James Adkins came into the main Docomo store in Tamuning. He showed me his cell phone, a Nokia E71,

1

and told me that he had tried to turn it on, but it would not work. He asked for my assistance to turn on the cell phone.

3. I examined Mr. Adkins' cell phone and tried to turn in on, but it was dead. I tried putting in a new battery and with the new battery I was able to turn on the cell phone. I handed over the cell phone to Mr. Adkins and he examined it. He wanted to view photographs on his cell phone so I took the memory card from the cell phone and inserted it in a Docomo computer, but the photographs were unreadable, no images were able to be viewed.

4. I inserted the memory card back in the cell phone and we were able to view the photographs on the memory card. Mr. Adkins informed me that he was trying to locate some photographs of an automobile accident that he had taken, but I examined all of the photographs and found there were no photographs of an automobile accident.

5. I then looked at the back of the cell phone, where there is usually a white sticker. If the white sticker turns red, it is an indication that the cell phone has sustained water damage. I showed Mr. Adkins the sticker on the back of the cell phone and it was not white, it was red. When Mr. Adkins brought in the cell phone, it was not wet.

I declare under penalty of perjury under the laws of Guam that the foregoing is true and correct.

Dated this 18th day of March, 2010.

_____
JEREMY YOUNG

2