ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, ESQ.
LEEVIN T. CAMACHO, ESQ.
**ARRIOLA, COWAN & ARRIOLA**
259 MARTYR STREET, SUITE 201
CALVO-ARRIOLA BLDG., HAGATNA, GUAM
P.O. BOX X, HAGATNA, GUAM 96932
TELEPHONE: (671) 477-9730/33
TELECOPIER: (671) 477-9734

Attorneys for Plaintiff James L. Adkins

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAMES L. ADKINS, | CIVIL CASE NO. CV09-00029 |
| Plaintiff, | |
| vs. | |
| ALICIA G. LIMTIACO, ATTORNEY GENERAL OF GUAM; OFFICE OF THE ATTORNEY GENERAL OF GUAM; PAUL SUBA, CHIEF OF GUAM POLICE DEPARTMENT; GUAM POLICE DEPARTMENT; D.B. ANCIANO; SERAFINO ARTUI; AND DOES I THROUGH X, | **STIPULATION REGARDING PLAINTIFF JAMES L. ADKINS' CELL PHONE** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel, that plaintiff James L. Adkins' cell phone, which is the subject of this action, shall be sent via express courier to Data Recovery Specialist, located at 9182 Independence Ave., Chatsworth, California 91311 for the purpose of: (1) determining whether any tampering of the cell phone and or memory card occurred or whether any photographs were deleted from the cell phone or memory card; and (2) retrieving photographs taken by plaintiff on October 4, 2009 of an automobile accident that occurred on that date at Paseo de Oro, Tamuning, Guam. The cost of sending the cell phone and the fees charged by Data Recovery Specialist

1

shall be borne by plaintiff James L. Adkins but may be recovered as costs at the conclusion of the action.

IT IS FURTHER STIPULATED AND AGREED, that the results of the findings by Data Recovery Specialist shall be sent to plaintiff's counsel, who shall provide such findings to defense counsel and the Court.

Dated this 18th day of March, 2010.

**ARRIOLA, COWAN & ARRIOLA**
Attorneys for Plaintiff James L. Adkins

By: _____
ANITA P. ARRIOLA

**GUAM POLICE DEPARTMENT LEGAL COUNSEL**
Attorney for Defendants Guam Police Department, Paul Suba, D.B. Anciano, and Serafino Artui

By: _____
JAMES T. MITCHELL

2