# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: CV-09-00029  DATE: March 23, 2010
CAPTION: Adkins vs Limtiaco, et al.

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present        Court Recorder: Jaime Meyers
Courtroom Deputy: Walter Tenorio   Electronically Recorded: 10:01 - 11:37
CSO: J. McDonald

**APPEARANCES:**

Counsel for Plaintiff(s)              Counsel for Defendant(s)
Anita Arriola - James Adkins          James Mitchell - Guam Police Department,
                                      Paul Suba, D.B. Aciano and Serafino Artui

**PROCEEDINGS: Joint Motion to Dismiss Entitiy Defendants Guam Police Department and Office of the Attorney General, Motion to Dismiss by Paul Suba, and Motion to Dismiss D.B. Aciano and Serafino**
- Motion's argued by the parties .
- Court to issue it's report and recommendtion to Chief Judge Frances Tydingco-Gatewood

NOTES: