ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, ESQ.
LEEVIN T. CAMACHO, ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
P.O. BOX X, HAGATNA, GUAM 96910
TELEPHONE: (671) 477-9730/33
TELECOPIER: (671) 477-9734

Attorneys for Plaintiff James L. Adkins

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAMES L. ADKINS,<br><br>    Plaintiff,<br><br>vs.<br><br>ALICIA G. LIMTIACO, ATTORNEY GENERAL OF GUAM; OFFICE OF THE ATTORNEY GENERAL OF GUAM; PAUL SUBA, CHIEF OF GUAM POLICE DEPARTMENT; GUAM POLICE DEPARTMENT; D.B. ANCIANO; SERAFINO ARTUI; AND DOES I THROUGH X,<br><br>    Defendants. | CIVIL CASE NO. CV09-00029<br><br><br><br><br><br>**PLAINTIFF JAMES L. ADKINS' NOTICE OF RECENT U.S. SUPREME COURT DECISION** |

  Plaintiff James L. Adkins hereby notifies the Court of a recent U.S. Supreme Court decision, <u>United States v. Stevens</u>, ___ S.Ct.___, 2010 WL 1540082 (April 20, 2010) (No. 08-769), which may have a bearing on the pending motions to dismiss filed by defendants Guam Police Department, Paul Suba, D.B. Anciano, and Serafino Artui.

  Dated this 21st day of April, 2010.

              ARRIOLA, COWAN & ARRIOLA
              Attorneys for Plaintiff James L. Adkins

              BY: *[signature]*
                 **ANITA P. ARRIOLA**

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2010, a true and correct copy of Plaintiff James L. Adkins' Notice of Recent U.S. Supreme Court Decision was personally delivered to:

**JAMES T. MITCHELL, ESQ.**
Legal Counsel
Guam Police Department
Bldg. 233, Central Ave.
Tiyan, Guam 96913

Dated this 21st day of April, 2010.

_____
**ANITA P. ARRIOLA**