**ANITA P. ARRIOLA, ESQ.**
**JOAQUIN C. ARRIOLA, ESQ.**
**LEEVIN T. CAMACHO, ESQ.**
**ARRIOLA, COWAN & ARRIOLA**
259 MARTYR STREET, SUITE 201
CALVO-ARRIOLA BLDG., HAGATNA, GUAM
P.O. BOX X, HAGATNA, GUAM  96932
TELEPHONE:  (671) 477-9730/33
TELECOPIER: (671) 477-9734

Attorneys for Plaintiff James L. Adkins

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAMES L. ADKINS, | CIVIL CASE NO. 09-00029 |
| Plaintiff, | |
| vs. | |
| PAUL SUBA, Chief of Guam Police Department; GUAM POLICE DEPARTMENT; D.B. ANCIANO; SERAFINO ARTUI; AND DOES I – X, | **ORDER GRANTING STIPULATION REGARDING PLAINTIFF JAMES L. ADKINS' CELL PHONE** |
| Defendants. | |

This matter having come before the Court on the parties' Stipulation Regarding Plaintiff James L. Adkins' Cell Phone, and for good cause shown,

IT IS HEREBY ORDERED that plaintiff shall send his cell phone, a Nokia E71, to Data Recovery Specialist, located at 9182 Independence Ave., Chatsworth, California 91311 for the purpose of: (1) determining whether any tampering of the cell phone and or memory card occurred or whether any photographs were deleted from the cell phone or memory card; and (2) retrieving photographs taken by plaintiff on October 4, 2009 of an automobile accident that occurred on that date at Paseo de Oro, Tamuning, Guam.  The cost of sending the cell phone and

the fees charged by Data Recovery Specialist shall be borne by plaintiff James L. Adkins but may be recovered as costs at the conclusion of the action.

IT IS FURTHER ORDERED that the results of the findings by Data Recovery Specialist shall be sent to plaintiff's counsel, who shall provide such findings to defense counsel and the Court.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Apr 27, 2010**