Daniel B. Anciano
PO Box 2872
Hagatna, Guam 96932

Sarapino Artui
PO Box 26557
GMF Barrigada, Guam 96921

FILED
DISTRICT COURT OF GUAM
MAY 05 2010
JEANNE G. QUINATA
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
HAGATNA, GUAM

| | |
|---|---|
| JAMES L. ADKINS<br><br>　　　Plaintiff<br><br>vs.<br><br>D.B. ANCIANO<br>SARAPINO ARTUI<br>Et al.<br>　　　Defendants | Case No. CV 09-00029<br><br>**MOTION TO ENLARGE TIME**<br>(Fed. R. Civ. P. 6(b)(1)(A), (c)(1)(C)) |

*** Relief Sought ***

**COME NOW** Defendants Daniel B. Anciano and Sarapino Artui, *pro se*, and Move this Court extend the time allowed to file objections, if any, to a Magistrate's Report and Recommendation filed in this matter on 22 April 2010 and allow this request for an extension out of time pursuant to Federal Rules of Civil Procedure 6(b)(1)(A) and (c)(1)(C). Defendants ask for an additional sixty (60) days, or such other time as the Court deems just, to file objections.

***Grounds for Relief***

The additional time is needed as Movants are without legal representation and are in the process of seeking counsel. Movants believe that failure to object to an aspect of the Report and Recommendation may constitute a waiver of that ground, all to Movants' injury, and ask for an opportunity to engage competent legal assistance to aid in this matter.

***Supporting Papers***

This Motion is based on the pleadings and papers on file in this matter, this motion, and affidavit filed by Daniel B. Anciano, as well as a Memorandum of Points and Authority filed herewith. Oral argument is not requested by Movants on this Motion.

Respectfully Submitted,

_____
D.B. Anciano, Defendant

_____
Sarapino Artui, Defendant