Daniel B. Anciano
PO Box 2872
Hagatna, Guam 96932

Sarapino Artui
PO Box 26557
GMF Barrigada, Guam 96921

FILED
DISTRICT COURT OF GUAM
MAY 05 2010
JEANNE G. QUINATA
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
HAGATNA, GUAM

| | |
|---|---|
| JAMES L. ADKINS<br><br>Plaintiff<br><br>vs.<br><br>DANIEL B. ANCIANO<br>SARAPINO ARTUI<br>Et al.<br>Defendants | Case No. CV 09-00029<br><br>**MOTION TO ENLARGE TIME; MEMORANDUM OF POINTS AND AUTHORITY IN SUPPORT** |

**\*\*\* MEMORANDUM OF POINTS AND AUTHORITY \*\*\***

On 22 April 2010, a Federal Magistrate Judge issued a Report and Recommendation concerning three separate motions to dismiss filed on Defendants' behalf by attorney for the Defendant Guam Police Department, the Chief of Police, Does I through X and your movants Anciano and Artui (Movants). After issuance of the Report and Recommendation, Movants learned that they would no longer be represented by counsel for the Guam Police

ORIGINAL

Case 1:09-cv-00029   Document 66   Filed 05/05/10   Page 1 of 2

1

Department of the Office of the Attorney General. *See Affidavit, Daniel B. Anciano, filed herewith.* Movants are, therefore, unrepresented but are seeking competent legal counsel.

Pursuant to Fed. R. Civ. P. 72(b)(2), objections to reports and recommendations of Magistrate Judges must be filed no later than fourteen (14) days following service. Failure to object may constitute a waiver (or forfeiture) of the right to appeal matters addressed by the report and recommendation. *See FDIC v. Hillcrest Assocs., 66 F.3d 566, 569 (2d Cir. 1995) and Simpson v. Lear Astronics Corp., 77 F. 3d 1170, 1174 (9th Cir. 1996).* The possibility of waiver, as well as the substance of the report and recommendation, is of great concern to your Movants. We ask therefore that the Court exercise its power under Federal Rule of Civil Procedure 6(b)(1)(A) to enlarge time for objections and allow an additional 60 days, or such other time as the Court deems just, to file objections. Movants assert that the fact they are now without counsel constitutes good cause for granting an enlargement of time.

Movants are aware that less than five days remain between time of this filing and the expiration of the fourteenth day. Movants ask therefore that the Court exercise its power to set a different time by which an application to enlarge time may be made, determine that Movants' lack of counsel constitutes good cause therefore, and allow this Motion to extend time. *See Fed. R. Civ. P. 6(c)(1)(C).*

Respectfully Submitted,

_____  _____
D.B. Anciano, Defendant     Sarapino Artui, Defendant