
Daniel B. Anciano
PO Box 2872
Hagatna, Guam 96932
*pro se*

# IN THE UNITED STATES DISTRICT COURT
# HAGATNA, GUAM

| | |
|---|---|
| JAMES L. ADKINS | ) |
| | ) Case No. CV 09-00029 |
| Plaintiff | ) |
| | ) **AFFIDAVIT** |
| | ) **DANIEL B. ANCIANO** |
| vs. | ) |
| | ) |
| D.B. ANCIANO | ) |
| SARAPINO ARTUI | ) |
| Et al. | ) |
| Defendants | ) |

**COMES NOW YOUR AFFIANT** Daniel B. Anciano to state the following;

1. I am an adult, over the age of eighteen, and otherwise competent to testify in a court of law.

2. On or about 29 April 2010 I learned that the Guam Police Department would no longer represent co-defendant Sarapino Artui, nor me, in this civil suit filed against us.

3. Since learning this, Mr. Artui and I have been actively seeking representation by counsel. Although we believe we may ultimately secure representation, we have not yet done so.

4. On or about 3 May 2010 I learned that the Attorney General of Guam would not represent us either. This decision (as well as that of the Guam Police Department) is based upon perceived conflicts of interest.

5. Because of the decisions of the Guam Police Department and the Office of the Attorney General, both myself and Mr. Artui are unrepresented.

6. We believe that an extension of time in which to file objections to a Magistrate's Report and Recommendation would allow us to obtain representation and allow a lawyer(s) time to review the report.

**FURTHER** your Affiant sayeth naught.

So stated this 5th day of May 2010.

_____
DANIEL B. ANCIANO

GUAM, U.S.A.          )
                      ) ss:
CITY OF HAGÅTÑA       )

ON THIS 5th day of May, 2010, before me, a Notary Public in and for Guam, U.S.A., personally appeared **Daniel B. Anciano**, and executed before me the foregoing document, which **Daniel B. Anciano**, swears, deposes and says is true of his own knowledge, and as to those matters contained therein, he believes them to be true.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

_____
Notary Public

JACQUELINE W. CEPEDA
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: March 05, 2011
107 Kakkak Ct., Marianas Terrace Yigo, Guam 96929

2