ANITA P. ARRIOLA, ESQ.
JOAQUIN C. ARRIOLA, ESQ.
LEEVIN T. CAMACHO, ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
CALVO-ARRIOLA BLDG., HAGATNA, GUAM
P.O. BOX X, HAGATNA, GUAM 96932
TELEPHONE: (671) 477-9730/33
TELECOPIER: (671) 477-9734

Attorneys for Plaintiff James L. Adkins

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAMES L. ADKINS, <br><br>Plaintiff, <br><br>vs. <br><br>ALICIA G. LIMTIACO, ATTORNEY GENERAL OF GUAM; OFFICE OF THE ATTORNEY GENERAL OF GUAM; PAUL SUBA, CHIEF OF GUAM POLICE DEPARTMENT; GUAM POLICE DEPARTMENT; D.B. ANCIANO; SERAFINO ARTUI; AND DOES I THROUGH X, <br><br>Defendants. | CIVIL CASE NO. CV09-00029 <br><br>**REPORT OF DATA RECOVERY SPECIALISTS REGARDING EXAMINATION OF CELL PHONE** |

Pursuant to this Court's Order of April 27, 2010, plaintiff James L. Adkins hereby submits the attached report of Data Recovery Specialists regarding their examination of plaintiff's cell phone. The company's experience, qualifications, and services performed for other customers are identified on their website, www.datarecoveryspecialist.com.

Dated this 2nd day of June, 2010.

ARRIOLA, COWAN & ARRIOLA
Attorneys for Plaintiff James L. Adkins

By: _____
ANITA P. ARRIOLA

1

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June, 2010, a true and correct copy of Report of Data Recovery Specialists Regarding Examination of Cell Phone was personally delivered to:

    **JAMES T. MITCHELL, ESQ.**
    Legal Counsel
    Guam Police Department
    Bldg. 233, Central Ave.
    Tiyan, Guam 96913

Dated this 2nd day of June, 2010.

                                                                               */s/ Anita P. Arriola*
                                                                             **ANITA P. ARRIOLA**

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910



# Independent Technology Service Inc.

9182 Independence Ave. Chatsworth, Ca. 91311
(818)-727-1500• FAX (818) 727-1750 • 800-342-3475
www.i-t-s.com • www.datarecoveryspecialist.com
intech@i-t-s.com • datarec@ datarecoveryspecialist.com

5/24/2010 4:51 PM

Arriola, Cowan & Arriola
259 Martyr St. Suite 201
Hagatna, Guam 96910
RE: Daya Recovery Job # 47928
Attn: Anita Arriola

Dear Anita,

In regards to the Nokia E71-2 (Serial Number) you sent to us for Data Recovery it has been determined that the data is not recoverable. There are several reasons that the data cannot be recovered.

First the water sensor on the phone has been activated indicating that the phone was exposed to water. This could be a reason the data is not recoverable

Second we found that the phone has been completely erased. This can only be accomplished by "Master Resetting" the phone. The user data was erased and all of the factory data was erased as well including any photos or wall paper that the phone came with.

Third we discovered the SD Card was blown rendering it useless. We suspect that voltage was applied to it but are not sure.

Thank You,

Daniel R. Strizich
President
Independent Technolgy Service Inc.