

**Office of the Attorney General**
**John Weisenberger**
Attorney General of Guam
**ROBERT M. WEINBERG**
Assistant Attorney General
287 West O'Brien Drive
Hagåtña, Guam 96910   USA
(671) 475-3324    (671) 472-2493 (Fax)
email: rweinberg@guamattorneygeneral.com
**Attorneys for Defendants PAUL SUBA;**
**GUAM POLICE DEPARTMENT;**
**D.B. ANCIANO; and SERAFINO ARTUI**

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| **JAMES L. ADKINS**, | Civil Case No. 09-00029 |
| Plaintiff, | |
| vs. | **APPEARANCE OF COUNSEL** |
| **PAUL SUBA, CHIEF OF GUAM POLICE DEPARTMENT; GUAM POLICE DEPARTMENT; D.B. ANCIANO; and SERAFINO ARTUI; etc.**, | |
| Defendants. | |

      **ROBERT M. WEINBERG**, Assistant Attorney General, respectfully enters his appearance on behalf of all named defendants in the above-styled matter.*

      This 30th day of June, 2010.

                          OFFICE OF THE ATTORNEY GENERAL
                          **JOHN WEISENBERGER**, Attorney General

                          By: _____
                              **ROBERT M. WEINBERG**
                              Assistant Attorney General

---

* Paul Suba is no longer the Chief of Police for the Guam Police Department. That position is now held by Frank Ishizaki.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing on all counsel by hand delivery, or electronically with the Clerk of Court using the CM/ECF System, or via first class mail, postage prepaid and properly addressed to the following:

Anita P. Arriola, Esq.,
Arriola, Cowan & Arriola
259 Martyr Street, Suite 201
P.O. Box X,
Hagåtña, Guam 96910
Email: acalaw@teleguam.net

this 30th day of June, 2010.

**OFFICE OF THE ATTORNEY GENERAL**

**ROBERT M. WEINBERG**
Assistant Attorney General
